UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cv-23793-WILLIAMS

JAMES THOMAS,

    Plaintiff,

vs.

SERGEANT COREY ARMSTRONG, *et al.*

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Sergeant Rikelle Chariste Huggins, Sergeant Toi Levy, and Warden Glenn Morris' (collectively, "Defendants") motion for attorney fees (the "Report"). (DE 62.) In the Report, Judge Torres recommends that Defendants' motion for attorneys' fees should be denied. (*Id.*) Defendants filed objections to the Report. (DE 68.) Accordingly, upon an independent review of the Report, the objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 62) is **AFFIRMED AND ADOPTED**.
2. Defendants' motion for attorney's fees (DE 50) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE